UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
JAMES BONINI
CLERK

2004 JUL 21 P 3: 58

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

Gerald Dixon
2999 Karen Drive NW
London, Ohio 43140

and

Rhea Dixon
2999 Karen Drive NW
London, Ohio 43140

Plaintiffs,

v.

Faye R. Selack
3888 B. Barachel Dr.
York, PA. 17402

Defendant.

Civil No.: C2 04 651

Judge

JUDGE FROST

MAGISTRATE JUDGE KEMP

## COMPLAINT FOR DAMAGES

### PARTIES

1. Plaintiffs Gerald and Rhea Dixon are husband and wife and live at 2999 Karen Drive NW, London, Ohio 43140.

2. Defendant Faye R. Selack lives at 3888 B. Barachel Dr., York, PA., 17402

### JURISDICTION AND VENUE

3. Jurisdiction is proper in the United States District Court for the Southern District of Ohio, Eastern Division, due to diversity of

citizenship, pursuant to 28 U.S.C. Section 1332(a)(1). The matter in controversy exceeds the sum of Seventy-Five Thousand Dollars $75,000.00), exclusive of interest and costs. Venue is proper in this court pursuant to 28 U.S.C. Section 1391(a)(2).

## FACTS AND ALLEGATIONS

3. On August 5, 2002, plaintiff Gerald Dixon was the operator of a motorcycle operated in an easterly direction on SR 30, near the intersection of SR 30 and N. George Street, Dover, York County, PA.

4. At the same time and place, plaintiff Rhea Dixon was a passenger on the motorcycle operated by Gerald Dixon.

5. At about the same time and place, defendant Faye R. Selack was operating a motor vehicle eastbound on SR 30 and ran into the rear of a motor vehicle stopped ahead and forced that motor vehicle into the motorcycle operated by plaintiff Gerald Dixon and upon which plaintiff Rhea Dixon was a passenger, causing both to be injured.

## FIRST CLAIM FOR RELIEF

6. Plaintiff Gerald Dixon incorporates by reference each and every allegation contained in Paragraphs 1-5 of this Complaint as if fully rewritten herein.

7. On or about August 5, 2002, defendant Faye R. Selack was operating a motor vehicle eastbound on SR 30 near the intersection N. George Street, Dover, York County, PA. when traffic ahead of her

vehicle came to a stop. Defendant Faye R. Selack failed to stop for the stopped vehicles and drove into the motor vehicle stopped ahead of her causing that vehicle to strike the motorcycle operated by Gerald Dixon and causing injury to him.

8. Defendant Faye R. Selack was negligent in failing to stop for the vehicle stopped ahead of her; was negligent in operating to motor vehicle at a speed that prevented her from stopping in a safe manner; in failing to keep a proper lookout; in failing to exercise ordinary care and in otherwise failing to obey the traffic laws applicable to her.

9. As a direct and proximate result of the negligence of defendant Faye R. Selack, plaintiff Garret Dixon received painful injuries, which in all probability are permanent in nature and which injuries caused plaintiff Gerald Dixon to loose income and incur other expenses.

SECOND CLAIM FOR RELIEF

10. Plaintiff Rhea Dixon incorporates by reference each and every allegation contained in Paragraphs 1-9 of this Complaint as if fully rewritten herein.

11. On or about August 5, 2002, defendant Faye R. Selack was operating a motor vehicle eastbound on SR 30, near the intersection N. George Street, Dover County, York, PA. when traffic ahead of her vehicle came to a stop. Defendant Faye R. Selack failed to stop and drove into the motor vehicle stopped ahead of her causing that vehicle

to strike the motorcycle upon which plaintiff Rhea Dixon was a passenger and causing injury to her.

12.  Defendant Faye R. Selack was negligent in failing to stop for the vehicle stopped ahead of her; was negligent in operating to motor vehicle at a speed that prevented her from stopping in a safe manner; in failing to keep a proper lookout; in failing to exercise ordinary care and in otherwise failing to obey the traffic laws applicable to her.

13.  As a direct and proximate result of the negligence of defendant Faye R. Selack, plaintiff Rhea Dixon received painful injuries, which in all probability are permanent in nature and which injuries caused plaintiff Rhea Dixon to loose income and incur other expenses.

Wherefore, plaintiff Gerald Dixon demands judgment against Faye R. Selack in amount in excess of $75,000 on Count One of the Complaint and plaintiff Rhea Dixon demands judgment against Faye R. Selack in an amount in excess of $75,000 on Count Two of the Complaint, plus interest as provided by law and their costs herein expended.

Stanley L. Myers (0019281)
Attorney for Plaintiffs
221 S. High St.
Columbus, Ohio 43215
Telephone 614-2281432
Facsimile 614-228-1942
E. Mail slm000@aol.